ERIC GRANT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ALVAREZ, | CASE NO.  1:26-CV-3814 DJC EGC |
| Petitioner, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| WARDEN, ET AL., | |
| Respondents. | |

1

Respondents respectfully request an extension of time in which to respond to the motion for temporary restraining order and petition for writ of habeas corpus.  Upon initial review, it appears Petitioner may have criminal history in addition to that discussed in the petition.  To properly address Petitioner's arguments and provide relevant documentation, Respondents request an extension through and including Wednesday, May 27, 2026, and counsel for Petitioner does not oppose.

Dated:  May 22, 2026

ERIC GRANT
United States Attorney

By:  /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

/s/ ARASH YASREBI
ARASH YASREBI
Counsel for Petitioner

ORDER

**IT IS SO ORDERED.**

Dated:  May 26, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE